FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2011 MAR 25 AM 11: 13
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

T. TERELL BRYAN,              )
                              )
     Plaintiff,               )
                              )
v.                            )    CASE NO. CV410-197
                              )
PAM WALTERS, KENNETH MARTIN,  )
ROBERT J. PARKER, BURNIE W.   )
BALLARD, JEFF HAMMOND, FAYE   )
SELLERS, COUNTY OF            )
CHESTERFIELD, COUNTY OF       )
LANCASTER, LANCASTER COUNTY   )
CLERK OF COURT, CHATHAM COUNTY)
CORONER'S OFFICE, CHATHAM     )
COUNTY CLERK OF COURT, and U.S.)
ATTORNEY,                     )
                              )
     Defendants.              )
                              )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 11), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case with the following modification: Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 25th day of March 2011.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA